IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CLARENCE J. WILKERSON,

    Plaintiff,

v.                                             CASE NO. 1:03-cv-00106-MP-AK

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 24, Report and Recommendation of the Magistrate Judge, recommending that the Commissioner of Social Security's decision denying Plaintiff's applications for supplemental security income benefits filed under Title XVI of the Social Security Act, be affirmed. The Magistrate Judge filed the Report and Recommendation on Monday, January 29, 2007. The parties have been furnished a copy of the Report and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made.

After an initial hearing and several supplemental hearings, the Administrative Law Judge, relying on the grids and the testimony of an expert witness, found that because Plaintiff could perform work existing in significant numbers in the national economy, he was not disabled. Under 42 U.S.C. § 405(g), the Commissioner's decision must be affirmed if it is supported by substantial evidence and the correct legal standards have been applied. Graham v. Apfel, 129 F.3d 1420, 1422 (11th Cir. 1997). Plaintiff argues that the Administrative Law Judge did not consider Plaintiff's pain and fatigue, and therefore the Administrative Law Judge's

finding that he could perform a significant range of light work is not supported by substantial evidence.

As the Magistrate points out, the Administrative Law Judge considered Plaintiff's allegations of pain and fatigue, but did not find them entirely credible based upon the medical evidence.  The Court agrees with the Magistrate that the Administrative Law Judge had substantial evidence to discount Plaintiff's subjective complaints of pain.  The expert testimony and medical evidence provided the Administrative Law Judge with ample evidence to conclude that Plaintiff could perform work existing in significant numbers in the national economy, and therefore was not disabled under the Social Security Act.  Therefore, having considered the Report and Recommendation, I have determined that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 24, is adopted and incorporated by reference in this order;

2. The decision of the Commissioner denying benefits is AFFIRMED.

**DONE AND ORDERED** this   *25th* day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge